CENTRAL COMPANY, a Corporation, et al., Appellants, v. Joseph H. GRUT, Receiver, etc., Appellee.

No. 8199.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1936.

George Naus, of San Francisco, Cal., and Ira Abraham, Charles A. Beardsley, M. W. Dobrzensky, James H. Anglim, Edward B. Kelly, and Crellin Fitzgerald, all of Oakland, Cal., for appellants.

Frank S. Richards, of Oakland, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered decree of District Court modified, that a decree be filed and entered modifying decree of District Court pursuant to stipulation, and, as so modified, the said decree be affirmed, without costs; mandate forthwith.

CONNECTICUT GENERAL LIFE INSURANCE CO., Appellant, v. William S. DAVIS.

Nos. 10656, 10700.

Circuit Court of Appeals, Eighth Circuit.

Aug. 10, 1936.

Paul D. Kitt, of Chillicothe, Mo., and Sam D. Parker, of Kansas City, Mo., for appellant.

Randall Wilson, of Kansas City, Mo., for appellee.

PER CURIAM.

Causes remanded to District Court, with directions for proceedings in accordance with decree of this court, on motion of appellant to reverse order of District Court, costs to be taxed in favor of appellant.

Arthur CORKUM, Respondent, v. PANAMA RAILROAD COMPANY, Appellant.

No. 39.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Thomas J. Maginnis, of New York City, for appellant.

Paul C. Matthews, of New York City (Archibald F. McGrath, of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Fairmount Glass Works v. Cub Fork Coal Co., 287 U.S. 474, 53 S.Ct. 252, 77 L.Ed. 439.

James C. DAVIS, Jr., as Receiver, etc., Appellant, v. UNITED STATES of America.

No. 10759.

Circuit Court of Appeals, Eighth Circuit.

Sept. 14, 1936.

Brunk, Janss & Bauch, of Des Moines, Iowa, for appellant.

E. G. Moon, U. S. Atty., of Des Moines, Iowa.

PER CURIAM.

Record filed and appeal docketed and dismissed without costs to either party in this court, on motion of counsel for appellee under rule 26 of this court.